

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
          Plaintiff
vs.

HECTOR CASTRO,
          Defendant

CASE NO. 14cr1792-H

JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, AND RELEASE OF DOCUMENTS

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, and any documents held by Pretrial be returned to Hector Castro, if held.

IT IS SO ORDERED.

DATED: 6-30-15

HONORABLE JILL L. BURKHARDT
United States Magistrate Judge